UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN HAYTER & SANDRYNA HAYTER, husband and wife,<br><br>           Plaintiffs,<br><br>     v.<br><br>PHH MORTGAGE CORPORATION, a New Jersey corporation,<br><br>           Defendant. | Case No. 3:15-cv-03332-LB<br><br>[Assigned to the Magistrate Judge Laurel Beeler]<br><br>[PROPOSED] **ORDER TO EXTEND DISCOVERY CUT-OFF AND CONTINUE TRIAL DATE PURSUANT TO STIPULATION** |

Based upon the stipulation of the parties, the Court **ORDERS** the following dates are hereby continued as follows:

| Event | Current Date | Continued Date |
|---|---|---|
| Discovery cut-off | July 31, 2016 | August 29, 2016 |
| Dispositive Motion Hearing | August 25, 2016 | September 29, 2016 |
| Pretrial Conference | September 29, 2016 | October 27, 2016 |
| Jury Trial | October 11, 2016 | November 8, 2016 |

**IT IS SO ORDERED**.

DATED:  July 20, 2016      _____
                                              Magistrate Judge Laurel Beeler