1  Scott M. Pearson (SBN 173880)
   pearsons@ballardspahr.com
2  David J. Reed (SBN 206338)
   reedd@ballardspahr.com
3  BALLARD SPAHR LLP
   2029 Century Park East, Suite 800
4  Los Angeles, CA  90067-2909
   Telephone: 424.204.4400
5  Facsimile: 424.204.4350

6  Attorneys for Defendant,
     PHH MORTGAGE CORPORATION,
7    a New Jersey corporation

8  DELTA LAW GROUP
   Jim G. Price (State Bar No. 119324)
9  6521-B Brentwood Boulevard
   Brentwood, CA  94513
10 Telephone:  925-516-4686
   Facsimile:   925-516-4058
11 Email:  deltalawgroup@yahoo.com

12 Attorneys for Plaintiffs,
     JONATHAN HAYTER AND SANDRYNA
13   HAYTER

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| JONATHAN HAYTER & SANDRYNA HAYTER, husband and wife,<br><br>  Plaintiffs,<br><br>v.<br><br>PHH MORTGAGE CORPORATION, a New Jersey corporation,<br><br>  Defendant. | Case No. 3:15-cv-03332-LB<br><br>[Assigned to the Magistrate Judge Laurel Beeler]<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |
|---|---|

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiffs Jonathan Hayter and Sandryna Hayter and defendant PHH Mortgage Corporation hereby stipulate that this action shall be dismissed with prejudice.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: March 28, 2017

SCOTT M. PEARSON
DAVID J. REED
BALLARD SPAHR LLP

*/s/ David J. Reed*
David J. Reed
Attorneys for Defendant,
PHH MORTGAGE CORPORATION

I, David J. Reed, am the ECF user whose identification and password are being used to file this Stipulation for Dismissal of Action with Prejudice; [~~Proposed~~] Order Dismissing Action with Prejudice. I hereby attest that Jim G. Price has concurred in this filing.
*/s/ David J. Reed*

Dated: March 28, 2017

DELTA LAW GROUP
JIM G. PRICE

*/s/ Jim G. Price*
Jim G. Price
Attorneys for Plaintiffs,
JONATHAN HAYTER AND SANDRYNA HAYTER

## [~~PROPOSED~~] ORDER

Based on the foregoing stipulation of the parties, this action is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: 3/28/2017

Hon. Laurel Beeler
UNITED STATES MAGISTRATE JUDGE